IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN ALLEN HALL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 17-523 |
| | ) | |
| v. | ) | |
| | ) | Judge Cathy Bissoon |
| DENNIS MARTIN, *et al*. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendant The Moniteau School District ("Moniteau School District") hereby is ORDERED to disclose the identity of S.F., the student who reported being struck by a hockey puck at school on October 31, 2013, to Plaintiff. IT IS FURTHER ORDERED that, pursuant to The Federal Education Rights and Privacy Act, 20 U.S.C. § 1232g, prior to any such disclosure, the Moniteau School District must make a reasonable effort to notify either the parent (if S.F. is under the age of 18) or the student (if S.F. is over the age of 18) that it will disclose his or her identifying information to Plaintiff for the purposes of seeking discovery related to his or her 2013 injury so that the parent or student may seek protective action. See 34 C.F.R. § 99.31(a)(9)(ii).

    IT IS SO ORDERED.

February 5, 2018                                                                                      s/Cathy Bissoon
                                                                                                                 Cathy Bissoon
                                                                                                                 United States District Judge

CC (via ECF email notification):

All Counsel of Record